UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID VANCE GARDNER, JEANNETTA MCELROY, and EARL HAYES, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MeTV National Limited Partnership,<br><br>Defendant. | No. 1:22-cv-05963 |

### DEFENDANT'S MOTION TO DISMISS COMPLAINT

Defendant MeTV National Limited Partnership, by and through its counsel, pursuant to Fed. R. Civ. P. 12(b)(6), hereby moves to dismiss Plaintiffs' Complaint (Dkt. No. 1) for failure to state a claim upon which relief may be granted for the reasons set forth in Defendant's Memorandum of Law in support of this Motion, which was contemporaneously filed with this Motion.

Dated: January 20, 2023

Respectfully submitted,

Daniel L. Stanner (ARDC #6210770)
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Tel: (312) 762-9461
Fax: (312) 762-9451
dstanner@tdrlaw.com

**Defendant MeTV**

By: */s/ Daniel L. Stanner*

Eric C. Bosset (#414283)
Daniel Rios (*pro hac vice*)
**COVINGTON & BURLING LLP**
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-6000
ebosset@cov.com
drios@cov.com

## CERTIFICATE OF SERVICE

I, Daniel L. Stanner, an attorney, hereby certify that on **January 20, 2023**, I caused a true and complete copy of the foregoing to be electronically filed with the Court and served on the following counsel of record via Electronic Mail at the following addresses.

Simon Seiver Grille
**GIRARD SHARP, LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
(415) 981-4800
sgrille@girardsharp.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
(866) 252-0878
gklinger@milberg.com

*Counsel for Plaintiffs*

/s/ *Daniel L. Stanner*