# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

David Vance Gardner, et al.
                                 Plaintiff,

v.                                                    Case No.: 1:22–cv–05963
                                                       Honorable Lindsay C. Jenkins

MeTV
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 15, 2024:

      MINUTE entry before the Honorable Lindsay C. Jenkins: Plaintiffs' motion for leave to file supplemental authority [53] is granted. MeTV's motion to dismiss for failure to state a claim [41] is granted. See attached Order for further detail. Because Plaintiffs have already received an opportunity to amend, the Court dismisses the First Amended Complaint with prejudice. Zimmerman v. Bornick, 25 F.4th 491, 494 (7th Cir. 2022). Civil case terminated. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.