UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID VANCE GARDNER and GARY MERCHANT individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MeTV National Limited Partnership,<br><br>Defendant. | Case No.: 1:22-cv-05963<br><br>Honorable Lindsay C. Jenkins<br><br>JOINT STATUS REPORT PURSUANT TO DKT. NO. 69 |

## JOINT STATUS REPORT

Pursuant to the Court's order dated May 22, 2025, Plaintiffs David Vance Gardner and Gary Merchant ("Plaintiffs") and Defendant MeTV ("Defendant" or "MeTV") submit the following joint status report to address proposed next steps in the case. *See* Dkt. No. 69.

The parties have scheduled a mediation before the Honorable Diane M. Welsh (ret.) of JAMS on September 10, 2025—Judge Welsh's earliest available date that worked for all parties—to explore whether resolution of this dispute is possible without further litigation. To promote judicial economy and efficiency and to allow the parties to focus on the upcoming mediation, the parties respectfully request that this action be stayed pending mediation. The parties further request that they be afforded until September 24, 2025 to submit to the Court a joint status report as to any additional proposed next steps that may be necessary in the event the September 10 mediation does not resolve this case, including for further briefing of any remaining motion to dismiss arguments and a proposed fact discovery schedule.

1

| | |
|---|---|
| Dated: June 2, 2025 | Respectfully submitted, |
| Gary M. Klinger<br>**Milberg Coleman Bryson**<br>**Phillips Grossman, PLLC**<br>227 W. Monroe Street, Suite 2100<br>Chicago, IL 60606<br>Tel: (866) 252-0878<br>gklinger@milberg.com | Daniel L. Stanner (ARDC #6210770)<br>**TABET DIVITO & ROTHSTEIN LLC**<br>209 S. LaSalle St., 7th Floor<br>Chicago, IL 60604<br>Tel: (312) 762-9461<br>Fax: (312) 762-9451<br>dstanner@tdrlaw.com |
| Adam E. Polk<br>Simon Grille<br>**GIRARD SHARP LLP**<br>601 California Street, Suite 1400<br>San Francisco, CA 94108<br>Tel: (415) 981-4800<br>apolk@giradsharp.com<br>sgrille@girardsharp.com | Kathryn E. Cahoy (*pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>3000 El Camino Real<br>5 Palo Alto Square, 10th Floor<br>Palo Alto, CA 94306<br>Tel: (650) 632-4735<br>kcahoy@cov.com |
| Philip L. Fraietta<br>**BURSOR & FISHER, P.A.**<br>1330 Avenue of the Americas, 32nd Floor<br>New York, NY 10019<br>Tel: (646) 837-7150<br>pfraietta@bursor.com | Daniel Rios (*pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>415 Mission St., Suite 5400<br>San Francisco, CA 94105<br>Tel: (415) 591-6004<br>drios@cov.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant MeTV* |