**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

David Vance Gardner, et al.
                              Plaintiff,

v.                                                                        Case No.: 1:22–cv–05963
                                                                       Honorable Lindsay C. Jenkins

MeTV
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, June 2, 2025:

      MINUTE entry before the Honorable Lindsay C. Jenkins: The parties are pursuing private mediation, which is scheduled for September 2025. The case remains stayed and a joint status report as to the progress of mediation is due by September 24, 2025. Mailed notice. (jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.