UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID VANCE GARDNER and GARY MERCHANT individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MeTV National Limited Partnership,<br><br>Defendant. | Case No.: 1:22-cv-05963<br><br>Honorable Lindsay C. Jenkins |

## JOINT STATUS REPORT

Pursuant to the Court's June 2, 2025 minute entry (ECF No. 73), Plaintiffs David Vance Gardner and Gary Merchant ("Plaintiffs") and Defendant MeTV ("Defendant" or "MeTV") submit the following joint status report as to the progress of the mediation.

The Parties conducted a mediation with The Honorable Diane M. Welsh (Ret.) on September 10, 2025. At the mediation, the Parties made significant progress towards reaching a resolution of this matter. The Parties request that the Court extend the stay by 21 days to allow the Parties to continue their focus on resolving the matter.

Dated: September 23, 2025

Respectfully submitted,

/s/ Gary M. Klinger
Gary M. Klinger ARDC#6303726)
**Milberg Coleman Bryson**
**Phillips Grossman, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Adam E. Polk
Simon Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108

/s/ Daniel L. Stanner
Daniel L. Stanner (ARDC #6210770)
**TABET DIVITO & ROTHSTEIN LLC**
209 S. LaSalle St., 7th Floor
Chicago, IL 60604
Tel: (312) 762-9461
Fax: (312) 762-9451
dstanner@tdrlaw.com

Kathryn E. Cahoy
**COVINGTON & BURLING LLP**
3000 El Camino Real
Palo Alto, CA 94306

1

| | |
|---|---|
| Telephone: (415) 981-4800<br>apolk@girardsharp.com<br>sgrille@girardsharp.com<br><br>Philip L. Fraietta<br>**BURSOR & FISHER, P.A.**<br>50 Main Street, Suite 475<br>White Plains, NY 10606<br>(914) 874-0708<br>pfraietta@bursor.com<br><br>*Attorneys for Plaintiffs* | Tel: (650) 632-4735<br>kcahoy@cov.com<br><br>Daniel Rios (*pro hac vice*)<br>**COVINGTON & BURLING LLP**<br>Salesforce Tower, 415 Mission Street, Suite 5400<br>San Francisco, CA 94105-2533<br>Tel: (415) 591-6000<br>drios@cov.com<br><br>*Attorneys for Defendant MeTV* |

## CERTIFICATE OF SERVICE

I certify that, on this date, I caused the foregoing document to be filed with the CM/ECF system for the United States District Court for the Northern District of Illinois which will deliver electronic service of process to counsel of record.

Dated: September 23, 2025                    Respectfully submitted,

*/s/ Gary M. Klinger*
Gary M. Klinger
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
Telephone: (866) 252-0878
gklinger@milberg.com