UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| DAVID VANCE GARDNER and GARY MERCHANT, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>MeTV National Limited Partnership,<br><br>Defendant. | Case No.: 1:22-cv-05963<br><br>Honorable Lindsay C. Jenkins |

**NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS WITH PREJUDICE**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs David Vance Gardner and Ryan M. Merchant and Shawn E. Merchant, co-Trustees, hereby voluntarily dismiss all claims against MeTV National Limited Partnership, with prejudice.

Dated: October 2, 2025

Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (ARDC #6303726)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com

Adam E. Polk
Simon S. Grille
**GIRARD SHARP LLP**
601 California Street, Suite 1400
San Francisco, CA 94108
Telephone: (415) 981-4800
apolk@girardsharp.com
sgrille@girardsharp.com

1

Philip L. Fraietta
**BURSOR & FISHER, P.A.**
50 Main Street, Suite 475
White Plains, NY 10606
Telephone: 914-874-0710
pfraietta@bursor.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that, on this date, I caused the foregoing document to be filed with the CM/ECF system for the United States District Court for the Northern District of Illinois which will deliver electronic service of process to counsel of record.

Dated: October 2, 2025.                              Respectfully submitted,

/s/ *Gary M. Klinger*
Gary M. Klinger (ARDC #6303726)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN, PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
gklinger@milberg.com